IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHON M. BENNETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. | : | NO. 22-1591 |

### ORDER

**AND NOW**, this 4th day of April, 2024, upon consideration of the Motion to Dismiss filed by Defendants Samantha Huyett and Dr. Glushakow (Docket No. 31) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.