IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHON M. BENNETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. | : | NO. 22-1591 |

## ORDER

**AND NOW**, this 22nd day of September, 2025, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 62) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as to Count I of the Amended Complaint and **JUDGMENT** is entered in favor of Defendants Adidelys Colon-Ortiz and Anthony Matteo and against Plaintiff as to Count I. Defendants Adidelys Colon-Ortiz and Anthony Matteo are **DISMISSED** as Defendants to this action.

2. The Motion is **DENIED** as to Count II of the Amended Complaint.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.